DANIEL BUCENEC, Appellant, v. THOMAS WILLIAMS and Others, Respondents.— Orders unanimously reversed, without costs, and the motion to vacate the order of preclusion granted upon condition that the plaintiff, within five days after service of order with notice of entry thereof, serve a bill of particulars which will in all respects comply with the defendants' demand dated August 27, 1935, and, at the same time, pay twenty dollars costs. In the event said condition is not complied with the orders appealed from are affirmed, with twenty dollars costs and disbursements to the respondents. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

SARAH A. WHEELER, Respondent, v. WILLIAM E. ANDERSON and RALPH W. GUIDA, Appellants, Impleaded with Others, Defendants.— Order unanimously modified by striking out items 2 and 3 of the order appealed from, and as so modified affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of MILDRED KRISSEL, Respondent, v. EXCESS INSURANCE COMPANY OF AMERICA and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of MILDRED KRISSEL, Respondent, v. EXCESS INSURANCE COMPANY OF AMERICA and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of JEREMIAH DENNEHY and Others, Respondents, Appellants, for an Order against JAMES E. FINEGAN, President, and Others, Commissioners, Constituting the Municipal Civil Service Commission for the City of New York, and Others, Appellants, Respondents.— Order unanimously affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

STANLEY P. WOODARD, Respondent, v. PHILIP DeRONDE, Appellant.— Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements, and the motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of a Plan for the Readjustment, Modification or Reorganization of the Rights of the Holders of Investments in a Certain Group of Mortgages Guaranteed by GREATER NEW YORK-SUFFOLK TITLE AND GUARANTEE COMPANY, and Designated as Series QNS-GNY. LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of GREATER NEW YORK-SUFFOLK TITLE AND GUARANTEE COMPANY, Appellant; P. WALKER MORRISON and Others, Trustees of Series QNS-GNY, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

SIEVERMAN STORES, INC., and HOME CLOTHIERS, Respondents, v. GUILD CLOTHES, INC., SAMUEL WIMPFHEIMER and CHARLES M. SILVERMAN, Appellants, Impleaded with Others, Defendants.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.